AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

Nicholes J. Lentz

1/3/1980

*Defendant*

)  Case: 1:21-mj-00206
)  Assigned to: Judge Meriweather, Robin M
)  Assign Date: 2/8/2021
)  Description: COMPLAINT W/ARREST WARRANT
)
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Nicholes J. Lentz__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (2) (Restricted building or grounds)

40 U.S.C. §§ 5104(e)(2)(D) & (G) (Disruptive and disorderly conduct on restricted grounds)

Date: __02/08/2021__

Robin M. Meriweather
2021.02.08 11:13:57
-05'00'
*Issuing officer's signature*

City and state: __Washington, D.C.__

__Robin M. Meriweather, U.S. Magistrate Judge__
*Printed name and title*

### Return

This warrant was received on *(date)* __02/10/2021__, and the person was arrested on *(date)* __02/19/2021__
at *(city and state)* __West Palm Beach, FL__.

Date: __02/19/2021__

*Arresting officer's signature*

Special Agent Michael Stewart
*Printed name and title*