# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **MAGISTRATE NO. 21-mj-206** |
| | : | |
| **NICHOLES LENTZ,** | : | **VIOLATION:** |
| | : | 18 U.S.C. § 1752(a)(1) |
| Defendant. | : | **(Entering and Remaining in a** |
| | : | **Restricted Building)** |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about January 6, 2021, within the District of Columbia, **NICHOLES LENTZ** did knowingly enter and remain in the United States Capitol, a restricted building, without lawful authority to do so.

(**Entering and Remaining in a Restricted Building,** in violation of Title 18, United States Code, Section 1752(a)(1))

Respectfully submitted,

MATTHEW M. GRAVES
Acting United States Attorney
DC Bar No. 481052

By:    /s/ *Erik M. Kenerson*
Erik M. Kenerson
Assistant United States Attorney
Ohio Bar No. 82960
555 Fourth Street, N.W., Room 11-909
Washington, DC   20530
Erik.Kenerson@usdoj.gov
(202) 252-7201