5/6/2022

To whom it may concern,

    The following is a reference letter regarding Mr. Nicholes Lentz. My name is Dr. Erika Vazquez and I am a physician and my specialty is Pediatrics. I have personally known Mr. Lentz for approximately 3 years. Over that time, I have seen him interact with his family, past coworkers and friends. I can attest that he is a kind, caring and very hard-working individual. I have seen him as a parent to his two daughters as he provides them with a wonderful example as a role model. He is also an outstanding son, brother and nephew and always holds his family in the highest regards. His family is just so proud of him. It's a beautiful relationship and sight.

    I also entrust him with caring for my household and he assists me without hesitation when I have needed to travel for work. I work primarily in Texas, but also in Florida and he is entrusted by me to care for my daughter. He treats her as his very own. He takes care of all the household needs including cleaning, cooking, and all the house errands. I cannot say enough that without him, my life and career would not be possible. He has offered his assistance to me without asking for anything in return. I can certainly say he is a very caring person.

    Mr. Lentz is also an outstanding citizen in his community. I have seen him help other friends and others in public without hesitation. He is extremely reliable and responsible and always ensures that we are all provided for and protected including others in our community. He is very proud to be an American and served for his country who he loves and supports. I am very blessed to know him and have him in my life, and he has shown me every day what a caring and loving person he is.

    Please don't hesitate to contact me with any questions or if I can be of any assistance.

Sincerely,

Dr. Erika Vazquez
9175260708