## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | * | |
| | * | |
| v. | * | Case No.: 1:22-cr-0053-RDM |
| | * | |
| **NICHOLES J. LENTZ** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### UNOPPOSED MOTION TO MODIFY CONDITIONS OF PROBATION

COMES NOW the Defendant by and through his attorney, Gary E. Proctor, and respectfully requests that this Honorable Court grant the modification requested herein, and in support of his motion states as follows:

1. On May 10, 2022 the Defendant was sentenced to three years' Probation, with the first 30 days to be on home detention.

2. Defendant's friend who he went to middle school with, later joining the Marine Core with, and going through basic training with recently died. See, for example, https://www.catholicfuneralcarellc.com/obituaries/Justin-Sweet/. The military funeral is on May 23, 2022 in Seminole, Florida. Mr. Lentz is involved in carrying the military flag as part of the ceremony.

3. United States Probation has no objection to Mr. Lentz attending the funeral, but state that an Order from this Court is required.

1

4.     The Government has seen this motion and have authorized the undersigned to state that they have no objection.

5.     The funeral is at 1 PM and is in Seminole, Florida, a four (4) hour drive from Mr. Lentz.  Therefore we seek permission to leave the house no earlier than 8 AM and to return home no later than 8 PM.

WHEREFORE, the Defendant prays this Honorable Court sign the attached order and amend Mr. Lentz's conditions of probation.

Respectfully submitted,

_____/s/_____
Gary E. Proctor (Bar No. MD27936)
The Law Offices of Gary E. Proctor, LLC
8 E. Mulberry Street
Baltimore, Maryland 21202
(410) 444-1500 (tel.)
(443) 836-9162 (fac.)
garyeproctor@gmail.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, May 13, 2022, a copy of the attached was served on all parties via ECF.

_____/s/_____
Gary E. Proctor