# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES**           *

                       *

  v.               *     Case No.: 1:22-cr-0053-RDM

                       *

**NICHOLES J. LENTZ**       *

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**PREMISES CONSIDERED:**

It is **ORDERED** that the Defendant's conditions of probation is amended in the following way:

- The Defendant may travel leave his residence no earlier than 8 AM on May 23, 2022 and return no later than 8 PM that same day for the purposes of attending a funeral in Seminole, Florida.

In all other respects, Defendant's conditions of Probation remain the same.

Date: _____          _____